UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DR. KAROLINA BUCCINI KENNEDY, <br><br> Plaintiff, <br><br> v. <br><br> CAROLINE KENNEDY SCHLOSSBERG, et. al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:09-cv-1015-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for a frivolity determination, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B).

Dated at Atlanta, Georgia this 9th day of February, 2010.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Amanda Querrard
        Deputy Clerk

Prepared and Entered
In the Clerk's Office
    February 10, 2010
James N. Hatten
Clerk of Court

By:  s/Amanda Querrard
        Deputy Clerk